**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Assal Assassi, Esq. (SBN: 274249)
assal@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa CA, 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

(Additional Attorneys on Signature Page)

*Attorneys for Plaintiff,*
Candida Wolcott

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDA WOLCOTT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NISSAN MOTOR ACCEPTANCE CORPORATION, <br><br> Defendant. | Case No.: 5:14-CV-00780 <br><br> **CLASS ACTION** <br><br> **NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that this case has been settled in its entirety on an individual basis. Plaintiff CANDIDA WOLCOTT ("Plaintiff") anticipates filing a Voluntary Dismissal of the Action with prejudice as to Plaintiff, and without prejudice as to the putative class, within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after July 14, 2014 for filing a Voluntary Dismissal.

Respectfully submitted,

Dated: May 14, 2014

**KAZEROUNI LAW GROUP, APC**

BY: /s/ Assal Assassi
    ABBAS KAZEROUNIAN, ESQ.
    ASSAL ASSASSI, ESQ.
    ATTORNEYS FOR PLAINTIFF

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**HARTMAN LAW OFFICE, INC.**
Jared M. Hartman, Esq. (SBN: 254860)
400 South Melrose Drive, Suite 209
Vista, CA 92081
Telephone: (951) 234-0881
Facsimile: (888)819-8230

**SEMNAR LAW FIRM**
Babak Semnar, Esq. (SBN: 224890)
400 South Melrose Drive, Suite 209
Vista, CA 92801
Telephone: (619) 500-4187
Facsimile: (888) 819-8230