Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Assal Hashemi Assassi, Esq. (SBN: 274249)
assal@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Attorneys Listed on Signature Page]

*Attorneys for Plaintiff,*
Candida Wolcott

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDIDA WOLCOTT,**<br><br>         PLAINTIFF,<br><br>V.<br><br>**NISSAN MOTOR ACCEPTANCE CORPORATION,**<br><br>         DEFENDANT. | Case No: 5:14-cv-00780-SJO-DTB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. S. JAMES OTERO** |

Plaintiff CANDIDA WOLCOTT hereby moves to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class.

WHEREFORE, this Court can proceed to dismiss this action entirely with prejudice as to the named Plaintiff and without prejudice as to the Putative Class.

Dated: July 22, 2014               **HYDE & SWIGART**

                                   By:  s/Joshua B. Swigart
                                        Joshua B. Swigart
                                        Attorneys for Plaintiff

Additional Counsel for Plaintiff:

Babak Semnar, Esq. (SBN: 224890)
bob@semnarlawfirm.com
**SEMNAR LAW FIRM INC.**
400 South Melrose Drive, Suite 209
Vista, CA 92081
Telephone:   (619) 500-4187
Facsimile:   (888) 819-8230

Jared M. Hartman, Esq. (SBN: 254860)
jaredhartman@jmhattorney.com
**HARTMAN LAW OFFICES INC.**
400 South Melrose Drive, Suite 209
Vista, CA 92081
Telephone:   (951) 234-0881
Facsimile:   (888) 819-8230