JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CANDIDA WOLCOTT, | Case No: 5:14-cv-00780-SJO-DTB |
|---|---|
| PLAINTIFF, | ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS |
| V. | |
| NISSAN MOTOR ACCEPTANCE CORPORATION, | |
| DEFENDANT. | HON. S. JAMES OTERO |

Based upon Plaintiff's Request for Voluntary Dismissal of Action with Prejudice as to the named Plaintiff and without Prejudice as to the Putative Class, and good cause, this Court hereby orders this action to be, and is, Dismissed with Prejudice as to the named Plaintiff and without Prejudice as to the Putative Class.

IT IS SO ORDERED.

July 24, 2014

Dated: _____



_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE